**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 100.15.117.20**

**ISP:** Verizon Fios
**Physical Location:** Beltsville, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/10/2019 07:18:43 | 6EDCB9F1D3D04084B9697D6F6F2694BF390C6F7D | Threes Company |
| 01/26/2019 00:53:11 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 01/19/2019 00:51:59 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 11/10/2018 00:10:26 | 6BA3863D38D640403559B71AB74E5D65AA66B296 | Surprise Sex For Three |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

MD742